### 17365.   BAZEMORE *v.* THE STATE.

BLOODWORTH, J.   "Until there has been a judgment finally disposing of the case in the trial court, the Supreme Court has no jurisdiction to pass upon an assignment of error complaining of the striking of a plea of former jeopardy, filed by the accused. *Fugazzi* v. *Tomlinson,* 119 *Ga.* 622, and cit." *McElroy* v. *State,* 123 *Ga.* 546 (51 S. E. 596).  See also *English* v. *Rosenkrantz,* 150 *Ga.* 745 (105 S. E. 292).

*Writ of error dismissed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 13, 1926.

Transporting intoxicating liquor; from city court of Sylvania— Judge Evans. April 2, 1926.

*David S. Atkinson, Bouhan & Atkinson,* for plaintiff in error.

*J. H. Howard, solicitor,* contra.

Criminal Law, 17 C. J. p. 121, n. 81.